UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>2006 CADILLAC ESCALADE,<br>NEVADA LICENSE PLATE LVA4J5,<br>VIN: 1GYEC63N66R151835,<br><br>    Defendant. | NO: 2:14-CV-173-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is Plaintiff's Motion to Dismiss Civil Forfeiture Complaint, ECF No. 13. Having reviewed the Motion and the file and pleadings therein, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Dismiss Civil Complaint, **ECF No. 13**, is **GRANTED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1      3.  All scheduled court hearings, if any, are **STRICKEN**.

      The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

      **DATED** this 29th day of January 2016.

                              *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                                    United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2